# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

August 7, 2003

*Before*

Hon. KENNETH F. RIPPLE, *Circuit Judge*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Petitioner-Appellee,<br><br>Nos. 02-3914 and 02-3915    v.<br><br>BDO SEIDMAN, regarding promoter<br>examination of BDO Seidman,<br>    Respondent-Appellee,<br><br>APPEALS OF:<br>    JOHN DOE and JANE DOE, and<br>    RICHARD ROE and MARY ROE,<br>        Proposed Intervenors. | ] Appeals from the United<br>] States District Court for<br>] the Northern District of<br>] Illinois, Eastern Division.<br>]<br>] No. 02 C 4822<br>]<br>] Milton I. Shadur, Judge<br>] James F. Holderman, Judge.<br>]<br>]<br>]<br>] |

The slip opinion issued in the above-entitled cause on July 23, 2003, is **AMENDED** to indicate that Judge James F. Holderman as well as Judge Milton I. Shadur handled the matter in the district court.